UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JAMES D. SIZEMORE, | ) | No. 7:11-CV-77-D |
|     Defendant. | ) | |
| | ) | |

**Decision by Court.**

    **IT IS ORDERED, ADJUDGED AND DECREED THAT**: Judgment is rendered in favor of the plaintiff and against the above named defendant in the sum of $186,007.94, including interest of $82,138.26 as of February 24, 2011 on the principal of $103,869.68, and accruing thereafter at the rate of 8.25% to the date of entry of the judgment, and costs allowed under 28 U. S. C. § 2412 (a) (2) of $350.00.  Interest thereon after date of entry of this judgment shall be at the rate of .21%.

    **This Judgment Filed and Entered on August 4, 2011, and Copies To:**

    G. Norman Acker III  (Via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>August 4, 2011</u> | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/ Debby Sawyer</u> |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |